UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | (UNDER SEAL) |
| | ) | |
| v. | ) | No. 3:23-MJ-2201 |
| | ) | |
| DAN ROARK | ) | JUDGE McCOOK |

## MOTION TO SEAL CRIMINAL COMPLAINT

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby moves the Court for entry of an order sealing the criminal complaint in this matter and this entire case. The defendant is not in custody and this case is part of an ongoing investigation that needs to be protected. So as not to alert the defendant in advance of his pending arrest, and to not compromise the investigation, it is respectfully requested that the Court seal the criminal complaint and this case until such time as the defendant is arrested and this Court orders the complaint and case be unsealed.

Respectfully submitted this 6th day of November 2023.

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: *s/ Jennifer Kolman*
Jennifer Kolman
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167
jennifer.kolman@usdoj.gov
GA Bar #427930